LOUIS E. GARFINKEL, ESQ.
Nevada Bar No. 3416
LEVINE GARFINKEL & ECKERSLEY
8880 W. Sunset Road, Suite 290
Las Vegas, Nevada 89148
(702) 735-0451
(702) 735-2198  (Fax)
Attorneys for Defendant Anis Abi-Karam, LTD. dba
Human Behavior Institute.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON, pro se;<br><br>            Plaintiff,<br>vs.<br><br>ANIS ABI-KARAM, LTD.,<br><br>            Defendant. | Case No.:  2:16-cv-01214-GMN-NJK<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

   IT IS STIPULATED by and between the parties, through the undersigned, that the above litigation is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 24th day of March, 2017                    DATED this 24th day of March, 2017

ERVIN MIDDLETON, PRO SE                              LEVINE GARFINKEL & ECKERSLEY


By:  /s/ Ervin Middleton_____        By:  /s/ Louis E. Garfinkel, Esq._____
Ervin Middleton                                                     Louis E. Garfinkel, Esq.
2375 E. Tropicana Ave., #358                               8880 W. Sunset, Suite 290
Las Vegas, NV  89119                                          Las Vegas, Nevada 89148
                                                                               Attorneys for Anis Abi-Karam, LTD d/b/a
                                                                               Human Behavior Institute

                                                                 IT IS SO ORDERED.

                                                                 _____
                                                                 UNITED STATES DISTRICT COURT JUDGE

                                                                 DATED this  27  day of March, 2017.

Respectfully submitted:

LEVINE, GARFINKEL & ECKERSLEY

By:/s/ Louis E. Garfinkel, Esq.
   Louis E. Garfinkel, Esq.
   Nevada Bar No. 3416
   8880 W. Sunset Road, Suite 290
   Las Vegas, Nevada 89148
   Attorneys for Anis Abi-Karam, LTD d/b/a
   Human Behavior Institute